UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOR SAHRIN                                          JURY TRIAL DEMANDED

v.                                                 CASE NO.  3:07CV

CONSUMER SERVICES GROUP, INC.

COMPLAINT

1.    Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C.

§ 1692; the Connecticut Consumer Collection Act, Conn. Gen. Stat. § 36a-800 and regulations issued

thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.    The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3.    Plaintiff is a natural person who resides in Connecticut.

4.    Plaintiff is a consumer within the FDCPA.

5.    Defendant is a debt collector within the FDCPA.

6.    Plaintiff seeks relief based on defendant's collection efforts that violated federal or state laws

in connection with plaintiff's alleged account with Direct Merchants Bank.

7.    Defendant communicated with plaintiff or others in its collection efforts with regard to

plaintiff's alleged account with Direct Merchants Bank.

8.    Defendant's efforts created a false sense of urgency or overshadowed or contradicted the 30

day validation right.

FIRST COUNT

9.     In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

10.  Within three years prior to the date of this action Defendant engaged in acts and practices as

to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer

Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11.  Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair

Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including

$1,000 statutory damages for each communication and from each defendant;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award declaratory and injunctive relief, and such other and further relief as law or equity may

   provide.

THE PLAINTIFF


BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net